IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH MARVIN FEAGLE, II, a minor under the age of 18, by his natural mother and guardian, KAREN D. FEAGLE,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., a Pennsylvania Corporation,<br><br>    Defendant. | Civil Action File No.<br><br>1:16-CV-01598-LMM |

## JOINT STIPULATION OF DISMISSAL OF PREJUDICE

COMES NOW, Plaintiff Joseph Marvin Feagle, II, a minor under the age of 18, by his natural mother and guardian, Karen D. Feagle and by counsel, and Defendant Transworld Systems, Inc., by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), and stipulates that the above-captioned civil action be dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

    Respectfully submitted,

/s/ Cliff R. Dorsen                              /s/ Wendi E. Fassbender
Cliff R. Dorsen, Esq.                         Wendi E. Fassbender, Esq.

| | |
|---|---|
| Georgia Bar No. 149254 | Georgia Bar No. 179133 |
| Skaar & Feagle, LLP | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 2374 Main Street, Suite B | 14 Coopers Glen Drive, SW |
| Tucker, GA 30084 | Mableton, GA 30126-2584 |
| Telephone: (404) 373-1970 | Telephone: (678) 209-7492 |
| Facsimile: (404) 601-1855 | Facsimile: (877) 480-5639 |
| cdorsen@skaarandfeagle.com | wfassbender@sessions.legal |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Joseph Marvin Feagle* | *Transworld Systems, Inc.* |

2

## CERTIFICATE OF COMPLIANCE WITH LR 5.1B & 7.1D, NDGa.

Pursuant to LR 7.1D, NDGa., I certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1B, to wit:

[x] Times New Roman, 14 point; or

[ ] Courier New, 12 point.

## CERTIFICATE OF SERVICE

I certify that I have this day filed the within and foregoing JOINT STIPULATION OF DISMISSAL OF PREJUDICE using the CM/ECF system which shall contemporaneously serve all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3).

                                                SKAAR & FEAGLE, LLP

                              By:   /s/ Cliff R. Dorsen
                                         Cliff R. Dorsen
                                         Georgia Bar No. 149254
                                         cdorsen@skaarandfeagle.com
                                         2374 Main Street, Suite B
                                         Tucker, GA 30084
                                         Telephone:  (404) 373-1970
                                         Facsimile:  (404) 601-1855